No. 92–1947. WOODS *v.* AT&T INFORMATION SYSTEMS ET AL., *ante,* p. 907. Petition for rehearing denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 93–222. MCCOO *v.* DISTRICT OF COLUMBIA, *ante,* p. 928. Petition for rehearing denied. JUSTICE GINSBURG took no part in the consideration or decision of this petition.

### DECEMBER 6, 1993

No. 93–73. IMMIGRATION AND NATURALIZATION SERVICE ET AL. *v.* LEGALIZATION ASSISTANCE PROJECT OF LOS ANGELES COUNTY FEDERATION OF LABOR ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Heller* v. *Doe,* 509 U. S. 312 (1993), and *Reno* v. *Catholic Social Services, Inc.,* 509 U. S. 43 (1993).

No. ———. RETTIG ET AL. *v.* OHIO ET AL. Motion for reconsideration of order denying leave to file bill of complaint [*ante,* p. 929] denied.

No. ———. LAWSON *v.* CONNECTICUT ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. ———. FIGURES *v.* FIGURES. Motion for reconsideration of order denying leave to file petition for writ of certiorari out of time [*ante,* p. 960] denied.